1
2
3
4
5
6
7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   CAROL L. GONZALES,                    | Case No. 2:20-CV-03519-JGB (MAA)

12                 Plaintiff,

13        v.                               | **ORDER ACCEPTING FINDINGS**
                                           | **AND RECOMMENDATIONS OF**
14                                         | **UNITED STATES MAGISTRATE**
     CITY OF LOS ANGELES et al.,           | **JUDGE**
15
16                 Defendants.

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended

19   Complaint, the other records on file herein, and the Report and Recommendation of

20   the United States Magistrate Judge.  The time for filing objections has expired and

21   no objections have been made.  The Court accepts the findings and

22   recommendations of the Magistrate Judge.

23        IT THEREFORE IS ORDERED that:

24        1.    The Report and Recommendation of the Magistrate Judge is

25              ACCEPTED;

26        2.    Defendant Amadou Kante's Motion to Dismiss the First Amended

27              Complaint is GRANTED IN PART and DENIED IN PART as

28              follows:

a.  DENIED on the issue of *Heck v. Humphrey*, 512 U.S. 477 (1994), and *Susag v. City of Lake Forest*, 94 Cal. App. 4th 1401 (2002), without prejudice to any party raising this issue again on summary judgment;

b.  On the issue of Section 47(b) immunity: (i) DENIED as to assault and battery; (ii) GRANTED as to defamation, invasion of privacy, discrimination, and intentional infliction of emotional distress; and (iii) GRANTED as to harassment, negligent infliction of emotional distress, and negligence, to the extent these claims are based upon Defendant Kante's statements to the police

3.  Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE and WITHOUT LEAVE TO AMEND with respect to the following claims against Defendant Kante:

a.  defamation, invasion of privacy, discrimination, and intentional infliction of emotional distress; and

b.  harassment, negligent infliction of emotional distress, and negligence, to the extent these claims are based upon Defendant Kante's statements to the police.

4.  Defendant Kante shall file an Answer to the First Amended Complaint no later than fourteen (14) days after the date of this Order.

DATED: December 13, 2021

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

2