UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **2:20-cv-03519-JGB (MAA)**                                              Date: **February 8, 2022**

Title   **Carol L. Gonzales v. City of Los Angeles et al.**

---

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order to Show Cause Re: Failure to Serve First Amended Complaint

Federal Rule of Civil Procedure 4(m) requires that service of the summons and Complaint must be made within ninety days of filing the complaint. Fed. R. Civ. P. 4(m). The Court warned Plaintiff of this deadline in its Initial Case Management Order. (ECF No. 5.)

Here, this action was filed over ninety days ago. The docket in this case lacks filings showing that it is being timely prosecuted with respect to Defendants Los Angeles Police Department ("LAPD") and Los Angeles County Sheriffs' Department ("LASO"). Specifically, Plaintiff has not filed any proofs of service of the summons and Complaint or First Amended Complaint ("FAC") on LAPD or LASO. Furthermore, it is unclear whether LASO remains a Defendant in the FAC.

Plaintiff is ordered to show cause, in writing, no later than **March 1, 2022**, why this Court should not recommend that LAPD and LASO be dismissed without prejudice under Federal Rule of Civil Procedure 4(m). In lieu of a written response, Plaintiff may discharge this Order to Show Cause by filing documents showing that the matter is being prosecuted diligently—for example, a proof of service of the summons and FAC on LAPD and LASO. Alternatively, Plaintiff may dismiss LAPD and LASO.

**Plaintiff is cautioned that failure to respond to this order may result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). See C.D. Cal. L.R. 41-1.**

It is so ordered.

<u>Attachment</u>: Notice of Dismissal

---