**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROL L. GONZALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES et al.,<br><br>　　　　Defendants. | Case No. 2:20-CV-03519-JGB (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint (ECF No. 48); the briefs and documents filed in support of and in opposition to Defendants City of Los Angeles ("the City") and Officer Eric Anderson's (together, "City Defendants") Motion for Summary Judgment or, in the Alternative, Summary Adjudication as to Each Cause of Action ("DMSJ," ECF No. 124); the briefs and documents filed in support of and in opposition to Plaintiff Carol Gonzales's ("Plaintiff") Motion for Summary Adjudication as to all Defendants ("PMSJ," ECF No. 143); the other records on file herein; the Report and Recommendation of United States Magistrate Judge (ECF No. 160); Plaintiff's Objections (ECF Nos. 161–164); Defendant Amadou Kante's Objections (ECF No. 165); and Plaintiff's Response to Defendant Kante's Objections (ECF No. 166). After conducting a *de novo* review of the portions of the Report and

Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT THEREFORE IS ORDERED** that:

(1) The Report and Recommendation of United States Magistrate Judge is **ACCEPTED**;

(2) Plaintiff's July 22, 2022 Motion for Summary Judgment as to Defendant Kante (ECF No. 121) is **STRICKEN**;

(3) The Magistrate Judge's striking (ECF No. 131) of Plaintiff's July 26, 2022 Motion for Summary Judgment as to Defendant Anderson (ECF No. 128) is **AFFIRMED**;

(4) Plaintiff's Request for Judicial Notice ("RJN") as to Sections 103 and 636 of the Charter of the City ("Charter") is **GRANTED**, and City Defendants' evidentiary objections thereto are **OVERRULED**;

(5) Plaintiff's RJN as to Charter Sections 100, 101, 104, and 631, and the excerpts from *Inside the Robe* by Judge Katherine Mader (2020) is **DENIED**, and City Defendants' evidentiary objections thereto are **OVERRULED** as moot;

(6) Plaintiff's evidentiary objections to the Declaration of Officer Eric Anderson, Declaration of Officer Pete Kong, Bodyworn Video, and City Defendants' responses to Plaintiff's requests for admissions ("RFA") are **OVERRULED**;

(7) Plaintiff's request that the matters in the RFA to Defendant Kante be admitted is **GRANTED**;

(8) All evidentiary objections that are not material to the Court's Report and Recommendation are **OVERRULED** as moot;

(9) The DMSJ is **GRANTED** as to Plaintiff's Section 1983 claim against City Defendants, and **DENIED** as moot as to the issue of federal qualified immunity for Defendant Anderson;

(10) The PMSJ is **DENIED** as to Plaintiff's Section 1983 claim against City Defendants;

(11) Supplemental jurisdiction is **DECLINED** over Plaintiff's remaining state law claims and Defendant Kante's state law Counterclaims, and such claims are **DISMISSED WITHOUT PREJUDICE**;

(12) The DMSJ and PMSJ are **DENIED** as moot as to Plaintiff's state law claims and Defendant Kante's state law Counterclaims; and

(13) Judgment shall be **ENTERED DISMISSING** this lawsuit **WITH PREJUDICE AND WITHOUT LEAVE TO AMEND**.

DATED: January 13, 2023

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE