# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROL L. GONZALES,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF LOS ANGELES et al.,<br><br>        Defendants. | Case No. 2:20-CV-03519-JGB (MAA)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

    IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: January 13, 2023

                                          JESUS G. BERNAL
                                    UNITED STATES DISTRICT JUDGE